IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.

Dr. Faisal Ahmad,

    Defendant(s).

Case Number: 1:16cv500

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 26, 2017 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 10, 2017, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was mailed to Mr. McDougald on April 26, 2017 by regular mail. On May 8, 2017, the envelope was returned to the Clerk's Office stating the inmate refused the mail (Doc. 28).

Plaintiff filed a motion for an extension of time to file objections to the Report and Recommendation (Doc. 29) which the Court granted giving plaintiff until June 10, 2017 to file his objections even though plaintiff had originally refused to accept the mail.

Plaintiff again filed a motion on June 12, 2017 for an extension of time to submit objections for 21 days (Doc. 33). The Court DENIES that motion.

Accordingly, the motion of Defendant Ahmed for judgment on the pleadings pursuant to Rule 12 ( c ) for failure to state a claim, (Doc. 22) is GRANTED.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Judge Susan J. Dlott
                                              United States District Court